NO.
12-08-00073-CR

 

IN THE COURT OF APPEALS

 

TWELFTH COURT OF APPEALS DISTRICT

 

TYLER, TEXAS

 

 

JEREMY JAMES HENDRICKS,    §          APPEAL
FROM THE 7TH

APPELLANT

 

V.        §          JUDICIAL
DISTRICT COURT OF

 

THE STATE OF TEXAS,

APPELLEE   §          SMITH
COUNTY, TEXAS

 




 
 
 
 
 
 
 
 
 
 
 
 
 
 
 


 

 



MEMORANDUM OPINION

PER CURIAM

            Appellant
pleaded guilty to four counts of sexual assault of a child.  The trial court assessed punishment at
imprisonment for fourteen years on each count, with the sentences to run
concurrently.  We have received the trial
court’s certification showing that Appellant waived his right to appeal.  See Tex.
R. App. P. 25.2(d).  The clerk’s
record supports the trial court’s certification.  See Greenwell v. Thirteenth Court of
Appeals, 159 S.W.3d 645, 649 (Tex. Crim. App. 2005); Dears v.
State, 154 S.W.3d 610, 614-15 (Tex. Crim. App. 2005).  Accordingly, the appeal is dismissed
for want of jurisdiction.

Opinion delivered February
22, 2008.

Panel consisted of Worthen, C.J., Griffith, J., and
Hoyle, J.

 

 

 

 

 

 

 

(DO NOT PUBLISH)